# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kobayashi,, Leslie E. | USDC, District of Hawaii | 01/25/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
300 Ala Moana Blvd. Rm. C-423
Honolulu, Hawaii 96850

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Pu`uwai Kila (non-profit) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/25/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | State of Hawaii, Judiciary - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/25/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. City Bank | Line of Credit | J |
| 2. First Hawaiian Bank | Line of Credit | J |
| 3. Honolulu Federal Credit Union | Line of Credit | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kobayashi,, Leslie E.** | 01/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.     IRA ROLLOVER | | | | | | | | | |
| 2.     - Morgan Stanley Bank cash account | A | Interest | K | T | | | | | |
| 3.     -Amer Beacon AHL Mngd Fut Str Y | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 4. | | | | | Sold<br>(part) | 04/22/19 | J | A | |
| 5. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 6. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 7. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 8.     -AQR Managed Futures Strategy | | None | | | Sold | 04/22/19 | J | A | |
| 9.     -Blackrock Global L/S Credit I | A | Dividend | J | T | Sold<br>(part) | 04/22/19 | J | A | |
| 10. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 11. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 12.     -Blackrock Low Dur BD Inv Inst | A | Dividend | K | T | Sold<br>(part) | 04/22/19 | J | A | |
| 13. | | | | | Buy<br>(add'l) | 04/23/19 | J | | |
| 14. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 15. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 16.     -Blackrock Alt Multi-Strat Inst | A | Dividend | J | T | Sold<br>(part) | 04/22/19 | J | A | |
| 17. | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kobayashi,, Leslie E.** | 01/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 19. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 20. -Causeway Emerging Mkts Inst | A | Dividend | K | T | Sold<br>(part) | 04/22/19 | J | A | |
| 21. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 22. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 23. -Center Coast MLP Focus | A | Dividend | K | T | Sold<br>(part) | 04/22/19 | J | A | |
| 24. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 25. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 26. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 27. -Delaware Value Instl | A | Dividend | J | T | Sold<br>(part) | 04/22/19 | J | A | |
| 28. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 29. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 30. | A | Distribution | J | T | | | | | |
| 31. -Edgewood Growth Instl | | None | | | Sold | 04/22/19 | J | A | |
| 32. -Harding Loevner Intl Eqty Inst | A | Dividend | K | T | Sold<br>(part) | 04/22/19 | L | A | |
| 33. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 34. | | | | | Sold<br>(part) | 10/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Harding Loevner Emerg Mkts Adv | | None | J | T | Buy | 04/23/19 | J | | |
| 36. | | | | | Sold (part) | 10/09/19 | J | A | |
| 37.  -Hartford Midcap I | | None | J | T | Sold (part) | 04/22/19 | J | A | |
| 38. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 39. | | | | | Sold (part) | 10/09/19 | J | A | |
| 40. | A | Distribution | J | T | | | | | |
| 41.  -Hartford Intl Value I | | None | J | T | Buy | 04/23/19 | J | | |
| 42. | | | | | Sold (part) | 10/09/19 | J | A | |
| 43.  -IShares 20+ Treasury Bond ETF | A | Dividend | P3 | T | Buy | 04/23/19 | J | | |
| 44. | | | | | Sold (part) | 10/09/19 | J | A | |
| 45. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 46.  -IShares Inc MSCI Japan ETF | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 47. | | | | | Sold (part) | 04/23/19 | J | A | |
| 48. | | | | | Sold (part) | 10/09/19 | J | A | |
| 49.  -IShares Russell 1000 GRW ETF | A | Dividend | K | T | Sold (part) | 04/22/19 | J | A | |
| 50. | | | | | Sold (part) | 04/23/19 | J | A | |
| 51. | | | | | Sold (part) | 10/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -IShares Russell 1000 Value ETF | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 53. | | | | | Buy | 04/23/19 | J | | |
| 54.  -Ishares Russell 2000 Value ETF | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 55. | | | | | Sold (part) | 10/09/19 | J | A | |
| 56.  -IShares Russell 2000 Grwth ETF | | None | | | Sold | 04/23/19 | J | A | |
| 57. | | | | | | | | | |
| 58.  -IShares TIPS Bond ETF | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 59. | | | | | Sold (part) | 10/09/19 | J | A | |
| 60.  -John Hancock Intl Growth I | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 61. | | | | | Sold (part) | 04/23/19 | J | A | |
| 62. | | | | | Sold (part) | 10/09/19 | J | A | |
| 63.  -JPMorgan Value Advantage I | A | Distribution | J | T | Sold (part) | 04/22/19 | J | A | |
| 64. | | | | | Sold (part) | 10/09/19 | J | A | |
| 65.  -Loomis Growth Y | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 66. | | | | | Buy | 04/23/19 | J | | |
| 67. | | | | | Sold (part) | 10/09/19 | J | A | |
| 68. | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Metropolitan West Tot Ret BD | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 70. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 71. | | | | | Sold (part) | 10/09/19 | J | A | |
| 72. | A | Distribution | J | T | | | | | |
| 73. -Neuberger Instrinsic Value Inst | | None | | | Sold | 04/22/19 | J | A | |
| 74. -Oakmark International Advisor | A | Dividend | K | T | Sold (part) | 04/22/19 | K | A | |
| 75. | | | | | Sold (part) | 04/23/19 | K | A | |
| 76. | | | | | Sold (part) | 10/09/19 | J | A | |
| 77. -PIMCO Short Term I2 | A | Dividend | K | T | Sold (part) | 04/22/19 | J | A | |
| 78. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 79. | | | | | Sold (part) | 10/09/19 | J | A | |
| 80. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 81. - T Rowe Price QM US SM CP GR EQ | A | Distribution | J | T | Buy (add'l) | 04/23/19 | J | | |
| 82. | | | | | Sold (part) | 10/09/19 | J | A | |
| 83. -Wells Fargo Special MDCP VL I | A | Distribution | J | T | Sold (part) | 04/22/19 | J | B | |
| 84. | | | | | Sold (part) | 04/23/19 | J | A | |
| 85. | | | | | Sold (part) | 10/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | A | Distribution | J | T | | | | | |
| 87. -Western Asset Core Plus BD I | A | Dividend | J | T | Sold<br>(part) | 04/22/19 | J | A | |
| 88. | | | | | Buy<br>(add'l) | 04/23/19 | J | | |
| 89. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 90. | A | Distribution | J | T | | | | | |
| 91. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 92. -Wisdom Tree Trust Japan Hedge EQ | | None | | | Sold | 04/23/19 | J | A | |
| 93. COVERDELL ESA | | | | | | | | | |
| 94. -MSIF Growth A | A | Dividend | J | T | Buy<br>(add'l) | 03/12/19 | J | | |
| 95. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 96. MORGAN STANLEY UTMA ACCOUNT | | | | | | | | | |
| 97. -IShares Inc MSCI Japan ETF | A | Dividend | J | T | | | | | |
| 98. -Vanguard Dividend Appreciation | A | Dividend | J | T | | | | | |
| 99. -Wisdomtree TR Emerg Mkt High FD | A | Dividend | J | T | | | | | |
| 100. -Walt Disney Co Hldg Co | A | Dividend | J | T | | | | | |
| 101. - Morgan Stanley Bank cash account | A | Interest | J | T | | | | | |
| 102. MORGAN STANLEY UTMA ACCOUNT<br>2 | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 104. | | | | | | | | | |
| 105.  IRA ACCOUNT | | | | | | | | | |
| 106.  - Morgan Stanley Bank cash account | A | Interest | J | T | | | | | |
| 107.  ANNUITIES AND INSURANCE | | | | | | | | | |
| 108.  -VOYA Financial | | | | | | | | | |
| 109.  -VENERABLE Insurance and Annuity Company | A | Interest | N | T | Spinoff (from line 108) | 09/30/19 | N | | |
| 110.  -Voya Intermediate Bond Portfolio | | | K | T | | | | | |
| 111.  -VY Columbia Contrarian Core Portfolio - Service | | | | | | | | | |
| 112. | | | | | Sold | 12/13/19 | K | A | |
| 113.  -VY Invesco Comstock Portfolio-Service Class | A | Int./Div. | L | T | | | | | |
| 114. | | | | | Sold | 12/13/19 | L | A | |
| 115.  -Voya Russell Large Cap Value Index | | | L | T | Buy | 12/13/19 | | | |
| 116.  -VY Morgan Stanley Global Franchise Portfolio | | | L | T | | | | | |
| 117.  -Voya Retirement Moderate Growth | | | M | T | | | | | |
| 118.  -Voya U.S. Stock Index Portfolio | A | Int./Div. | K | T | Buy | 12/13/19 | K | | |
| 119.  COLLEGEBOUND 529 ACCOUNT | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Invesco CollegeBound 2021-2022 Portfolio C | | | | | Sold | 07/18/19 | J | A | |
| 121. -Invesco CollegeBound 2021-2022 Porfolio A | A | Int./Div. | J | T | Buy | 07/18/19 | J | | |
| 122. CASH ACCOUNTS | | | | | | | | | |
| 123. United States Savings Bonds Series EE | | None | J | T | | | | | |
| 124. Honolulu FCU savings and checking accounts | A | Interest | J | T | | | | | |
| 125. BASIC SECURITIES ACCOUNT | | | | | | | | | |
| 126. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 127. -MS Multi Cap Growth TR A | A | Dividend | J | T | | | | | |
| 128. -MS Insight A | A | Dividend | J | T | | | | | |
| 129. | A | Distribution | J | T | | | | | |
| 130. McDonald's Corp. (Common Stock) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kobayashi,, Leslie E.** | 01/25/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CollegeBound 529 is not self-directed.

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/25/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Leslie E. Kobayashi,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544